# United States Court of Appeals
# for the Federal Circuit

---

September 3, 2013

**ERRATA**

---

Appeal No. 2013-1002

**BAYER CROPSCIENCE AG,**
*Plantiff-Appellant,*

**v.**

**DOW AGROSCIENCES LLC,**
*Defendant-Appellee.*

Decided:  September 3, 2013
Precedential Opinion

---

Please make the following change:

Page 1, "Mark S. Davis" to "Mark S. Davies".